UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DENNIS R. WOULLARD AND S. IMANI WOULLARD					PLAINTIFFS

V.								CIVIL ACTION NO. 1:06cv1057-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY					DEFENDANT

### ORDER

     For the purposes of the hearing to be held at 1:30 p.m. on February 28, 2007, in this cause of action, the [76] Attorney General's Motion to Intervene to Enforce State Court Settlement Agreement will be treated as a Motion for Leave to Participate in Hearing, and he may take his place among all others recognized to speak.

     **SO ORDERED** this the 26th day of February, 2007.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge