UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DENNIS R. and S. IMANI WOULLARD**                                            **PLAINTIFFS**

**v.**                                          **CIVIL ACTION NO.1:06cv1057 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                           **DEFENDANT**

ORDER OF DISMISSAL

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That this action is **DISMISSED WITHOUT PREJUDICE** to the rights of the class on whose behalf this action was filed and without prejudice to the right of either party to seek enforcement of the settlement agreement for the claims of the named plaintiffs; and

That the motion [76] and the amended motion [109] of the Mississippi Attorney General To Intervene To Enforce State Court Settlement Agreement is **DENIED WITHOUT PREJUDICE** to the right of the Mississippi Attorney General to litigate the merits of his underlying claim in any appropriate forum; and

That the motion [105] of John Griffin Jones, Steven H. Funderburg, T. Stewart Lee, Jr., and the law firm of Jones, Funderburg, Sessums, Peterson & Lee, PLLC, for leave to withdraw as co-counsel of record for the plaintiffs is hereby **GRANTED**.

**SO ORDERED** this 16th day of April, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE