UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DENNIS R. WOULLARD AND S. IMANI WOULLARD                    PLAINTIFFS

V.                                              CIVIL ACTION NO. 1:06cv1057-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                       DEFENDANT

## ORDER

An [112] Order of Dismissal was entered in this cause of action on April 16, 2007, and the Clerk's office terminated this civil case the same day. Nevertheless, Defendant filed an [113] Unopposed Motion to Finally Dismiss Complaint Pursuant to Stipulation of Dismissal.

In addition to the fact that this Court has already dismissed this matter subject to the terms contained in [112], Fed. R. Civ. P. 41 (a)(1)(ii) provides that "an action may be dismissed by the plaintiff without order of court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action." Therefore, no further order is necessary.

Accordingly, **IT IS ORDERED**:

The [113] Unopposed Motion to Finally Dismiss Complaint Pursuant to Stipulation of Dismissal is hereby **TERMINATED**.

**SO ORDERED** this the 15th day of May, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE